SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>vs.<br><br>Hun Nam Kim, et al<br><br>    Defendants | Case No. **2:10-cv-00725-MCE-EFB**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL JULY 16, 2010 FOR DEFENDANT YOUN SOOK KIM TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Youn Sook Kim, by and through, Scott N. Johnson; Youn Sook Kim (PRO SE), stipulate as follows:

1. No extension of time has been previously obtained.

1

2. Defendant Youn Sook Kim is granted an extension until July 16, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Youn Sook Kim response will be due no later than July 16, 2010.

IT IS SO STIPULATED effective as of May 21, 2010

Dated:  May 25, 2010                    /s/Youn Sook Kim_____ ____

                                        Youn Sook Kim

                                        PRO SE


Dated:  May 21, 2010                    /s/Scott N. Johnson _____

                                        Scott N. Johnson,

                                        Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendant Youn Sook Kim shall have until July 16, 2010 to respond to Plaintiff's complaint.

Dated: May 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2