SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>     vs.<br><br>Hun Nam Kim, et al<br><br>         Defendants | Case No. **2:10-cv-00725-MCE-EFB**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL AUGUST 16, 2010 FOR DEFENDANT YOUN SOOK KIM TO RESPOND TO COMPLAINT |

   Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Youn Sook Kim, by and through, Scott N. Johnson; Youn Sook Kim (PRO SE), stipulate as follows:

   1. An extension of time has been previously obtained for Defendant Youn Sook Kim until July 16, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

2. Defendant Youn Sook Kim is granted an extension until August 16, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Youn Sook Kims' response will be due no later than August 16, 2010.

IT IS SO STIPULATED effective as of July 9, 2010

Dated:   July 12, 2010           /s/Youn Sook Kim_____  ___

Youn Sook Kim,

PRO SE

Dated:   July 9, 2010            /s/Scott N. Johnson _____

Scott N. Johnson,

Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Youn Sook Kim shall have until August 16, 2010 to respond to Plaintiff's complaint.

Dated: July 14, 2010

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE