SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

    Plaintiff,

vs.

Hun Nam Kim, et al,

    Defendants

Case No.: CIV.S 10-cv-00725-MCE-EFB

**REQUEST RE DISMISSAL OF HUN NAM KIM; ORDER THEREON**

Complaint Filed: MARCH 25, 2010

**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS**

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Hun Nam Kim) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open as to the remaining Defendants.

///

///

///

///

///

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                 CIV: S-10-00725-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1 | Defendant (Hun Nam Kim) is dismissed because service on this Defendant cannot be
2 | achieved.

Dated: October 2, 2010 /s/Scott N. Johnson
SCOTT N. JOHNSON
Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: October 6, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-10-00725-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com